RALPH J. MARRA, JR.
Acting United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
Tel. 973-645-2736
Fax. 973-645-3210
email: LEAH.BYNON@usdoj.gov
LAB0321
(FLU:DDC)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **HON. ALFRED J. LECHNER** |
| *Plaintiff,* | *Criminal No.* 00-493 |
| v. | **PETITION FOR REMISSION OF FINE** |
| **MARVIN ALBERTO VIVAS-MORALES,** | |
| *Defendant.* | |

      The United States hereby petitions this Court for remission of $1,149.21 still due on the fine imposed upon defendant on January 3, 2001. This request is made in accordance with Title 18, United States Code, Section 3573 which provides in pertinent part:

> Upon petition of the government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice--
>
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties;

18 U.S.C. § 3573, as amended.

      This request of the United States is based upon the following:

1. The fine has been imposed for a period of 8 years ; to date payments in the amount of $150.00 have been made toward this fine.

2. The United States Attorney has been unable to collect this fine because the defendant has been deported to Nicaragua.

3. The United States Attorney has determined that there is no reasonable likelihood that further efforts to collect this fine would produce any revenue to the United States. Any further efforts would, in fact, be contrary to the interests of the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

THEREFORE, the United States Attorney respectfully petitions this court for an order pursuant to 18 U.S.C. § 3573, as amended, remitting the fine, including interest and penalties.

Respectfully submitted,

RALPH J. MARRA, JR.
Acting United States Attorney

By: LEAH A. BYNON
Assistant U.S. Attorney

RALPH J. MARRA, JR.
Acting United States Attorney
JENNIFER SMITH
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ 07102
Tel. 973-353-6094
Fax. 973-645-3210
email: JOHN.SILBERMANN@usdoj.gov
JGS1187
(FLU:PM)

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MARVIN ALBERTO VIVAS-MORALES,**<br><br>*Defendant.* | **HON. ALFRED J. LECHNER**<br><br>*Criminal No.* 00-493<br><br>**ORDER FOR REMISSION OF FINE** |

This matter having been opened to the Court by Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (Leah A. Bynon, Assistant U.S. Attorney, appearing), and the Court having considered the Petition for Remission of Fine, and for good cause shown,

IT IS on this __31__ day of __August__, 2009,

ORDERED, that the balance of the fine imposed on January 3, 2001, in the amount of $1,149.21 is hereby remitted.

_____
UNITED STATES DISTRICT JUDGE

Dennis M. Cavanaugh
U.S. District Judge